IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD PERALTA, Inmate at the platte County Detention Facility, et al., | ) ) ) ) | 4:08CV3268 |
| Petitioners, | ) ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT IMMIGRATION NATIONAL SECURITY, | ) ) ) ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On January 15, 2009, the Clerk of the court sent a Memorandum and Order (filing no. 10) to Petitioners at their last known addresses. On January 23, 2009, a Memorandum and Order was returned to the court as undeliverable for each of the following Petitioners: Efrain Carrillo Quintero (filing no. 11); Ricardo Lozada (filing no. 12); Edwin D. Garcia (filing no. 13); Javier Chavez (filing no. 14); Joel Luna Guerrero (filing no. 15); Edgar Ortiz (filing no. 16); and Isabel Servin (filing no. 17) (together, the "Returned Mail Petitioners"). No forwarding information was provided for the Returned Mail Petitioners.

Petitioners have an obligation to keep the court informed of their current addresses at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if the Returned Mail Petitioners' whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. The Returned Mail Petitioners have until March 4, 2009, to apprise the court of their current addresses, in the absence of which this case will be dismissed without prejudice and without further notice as to the Returned Mail Petitioners.

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: March 4, 2009: deadline for informing court of new address.

February 3, 2009.                    BY THE COURT:


                                     s/ Joseph F. Bataillon
                                     Chief United States District Judge